FILED
5/13/22 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Allen J. Lynn, Jr.<br><br>    Debtor(s) | : <br> : <br> : <br> : <br> : | Case No. 17-20559-GLT<br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee<br><br>    Movant<br><br>    vs.<br><br>Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust<br><br>    Respondent | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Docket No. 109<br><br><br><br>Hearing Date |

**ORDER**

AND NOW, this 13th Day of May, 2022, upon consideration of Trustee's Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that all charges requested in the Notices of Post-Petition Mortgage Fees, Expenses and Charges are DISALLOWED. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 30 days from the date of this Order. It is further

ORDERED that no additional charges will be assessed for compliance with this Order.

BY THE COURT:

_____
United States Bankruptcy Judge

**ENTERED BY DEFAULT**