**Fill in this information to identify the case:**

Debtor 1: Allen J. Lynn, Jr.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number: 17-20559

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 0 0 7 9

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Market Analysis Fee | 12/09/2021 | (11) | $ 185.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Allen J. Lynn, Jr.**
          First Name  Middle Name  Last Name

Case number (*if known*) **17-20559**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/Shabrena Lynch-Horton
Signature

Date 04 / 05 / 2022

Print: **Shabrena Lynch-Horton**
       First Name  Middle Name  Last Name

Title **Authorized Agent**

Company  Liepold, Harrison & Associates, PLLC

Address  1425 Greenway Drive, Suite 250
         Number          Street
         Irving                          TX      75038
         City                            State   ZIP Code

Contact phone ( 800 ) 349 – 1254

Email PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**

Western District of Pennsylvania

*In Re:* Allen J. Lynn, Jr.

**Case No** 17-20559

**Debtor(s)**

**Chapter 13**

**CERTIFICATE OF SERVICE**

    I hearby certify that on  4/5/2022,  a true and correct copy of the foregoing Post-Petition Fee Notice was served upon all interested parties pursuant to the Court's CM/ECF system.

By:/s/ Shabrena Lynch-Horton

Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust
c/o Carrington Mortgage Services, LLC
1425 Greenway Drive, Suite 250
Irving, TX  75038

Debtor through the debtor's attorney of record

Allen J. Lynn, Jr.
13 North Washington Street
Masontown, PA 15461

Debtor's Counsel

Daniel R. White
dwhite@zeblaw.com

Trustee

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

US Trustee

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

**INVOICING™ Invoice Detail**

Carrington Mortgage Services, LLC / Stephanie Choate

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

Loan#: Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

25 of 32 | << >>

| | |
|---|---|
| Vendor | Consolidated Analytics Asset Management LLC |
| Address: | 1500 South Douglass Road, Suite 110B<br>Anaheim, CA 92806 |
| Payee Code: | 1 |
| Vendor Contact: | Subramani Ramarao |
| Vendor Ref #: | |
| Servicer: | Carrington Mortgage Services, LLC |
| Inv. ID / Cat. ID | **02365/00003** |
| Investor Name: | **SMLT 2019-8 FHA/USDA 60+ A** |
| Invoice ID: | 298524328 |
| Class Code: | |
| Entity Code: | 0 |
| GSE Code: | |
| GSE REO Rem. Code: | |
| HiType: | |
| Litigation Status Code: | |
| Man Code: | |

**Regarding:**
ALLEN LYNN JR
13 N WASHINGTON ST
MASONTOWN, PA 15461

**Investor Loan #:** [redacted]

| | |
|---|---|
| Invoice Number: | **3391938** |
| Invoice Status: | Check Confirmed (Exc) |
| Loan No.: | [redacted] |
| Acquisition Date: | |
| Loan Type: | USDA |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| **Order Date:** | 10/28/2021 |
| **Completion Date:** | 12/9/2021 |
| Loan Location: | |
| Submitted Date: | **1/10/2022** |
| Vendor Invoice Date: | 1/8/2022 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

**Original Mortgage Amount: $0.00**
**Principal Balance as of invoice create date: $75,703.91**
**Principal Balance as of today's date: $75,289.58**

**BPO - BPO Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | 03/21/2022 | 04/04/2022 | | 01/13/2022 | 01/13/2022 | 01/16/2022 | 4 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Costs** | Total: | $185.00 | Invoicing Prev. Billed: | $200.00 | Exc. Loan Allow:<br>Exc. Loan Total Fees/Costs Allow: | | Exc Ord Allw: | |
| **Totals** | **Inv Amt:** | **$185.00** | **Prev. Billed:** | **$200.00** | **Loan Total Fees/Costs Prev.Billed:** | **$864.00** | **Exc Ord Allw:** | |

**Costs**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Valuation Costs | Exterior Comparative Market Analysis | | | 12/09/21 | 1 | $185.00 | $185.00 | $0.00 | $185.00 |

**Note:** Exterior CMA-5-Day Invoice
**Exceptions:** No Image Provided

| | | | |
|---|---|---|---|
| **Total:** | **$185.00** | **$0.00** | **$185.00** |
| **Invoice Total:** | **$185.00** | **$0.00** | **$185.00** |

